UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re                                                       :
                                                            :    **Chapter 11**
                                                            :
COLD SPRING ACQUISITION, LLC                                :    **Case No. 25-22002 (SHL)**
                                                            :
        **Debtor.**                                         :
                                                            :
------------------------------------------------------------x
------------------------------------------------------------x
PEOPLE OF THE STATE OF NEW YORK,                            :
by LETITIA JAMES, Attorney General                          :
of the State of New York,                                   :
                                                            :
                                                            :    **Adv. Proc. 25-07001 (SHL)**
        **Plaintiff,**                                      :
                                                            :
        -against-                                           :
                                                            :
COLD SPRING ACQUISITION, LLC                                :
                                                            :
        **Debtor.**                                         :
                                                            :
------------------------------------------------------------x

**ORDER ON MOTION PURSUANT TO 11 U.S.C. § 1452(b) AND SEEKING TO MODIFY THE AUTOMATIC STAY IMPOSED BY 11 U.S.C. § 362(a)**

WHEREAS, on January 2, 2025, Cold Spring Acquisition, LLC, (the "Debtor") filed a Notice of Removal in New York Supreme Court, Nassau County (the "State Court") Special Proceeding, Index No. 617709/2022, filed by the New York State Attorney General (the "Attorney General") by way of a Verified Petition ("Petition"), against the Debtor and other Respondents pursuant to New York State Executive Law § 63(12) and other New York laws to seek injunctive relief, disgorgement of public funds, and other remedies (the "Special Proceeding"); and

WHEREAS, on March 15, 2024 in the Special Proceeding, the State Court issued a Decision and Order on the merits of all seven causes of action set forth in the Petition; and

WHEREAS, on April 12, 2024, the State Court issued an Order in the Special Proceeding appointing an Independent Healthcare Monitor (the "IHM") "to verify, survey, inspect and improve the delivery of care at the nursing home," make recommendations on specified subjects, and provide regular reports to the State Court; and

WHEREAS, all parties to the Special Proceeding filed Notices of Appeal of the State Court's March 15, 2024 Decision and Order on the Petition, and in response, the Appellate Division, Second Department set a briefing schedule with dates beginning in the month of January 2025; and

WHEREAS, on December 20, 2024, in the Special Proceeding, the State Court issued a temporary restraining order against Debtor that prevented Debtor from "implementing or engaging in a plan beginning Thursday, December 19, 2024, to evacuate and/or otherwise discharge or transfer its approximately 300 residents at nursing home," and setting a hearing date of January 6, 2025; and

WHEREAS, on January 2, 2025, the Debtor filed a bankruptcy petition under Chapter 11; and

WHEREAS, the Attorney General filed a motion, dated January 27, 2025 (the "Motion"), for an order, pursuant to section 1452(b) of title 11 of the United States Code (the "Bankruptcy Code"), remanding the Special Proceeding a/k/a Adversary Proceeding 25-07001 (SHL) (the "Adversary Proceeding") to the State Court, to allow, in relevant part, the Attorney General's enforcement of its rights and remedies in the Adversary Proceeding prior to removal; and

WHEREAS, due and proper notice of the Motion having been made on all necessary parties; and

WHEREAS, the Debtor, Graph MGA, LLC, Graph Management, LLC, Graph Insurance Company a Risk Retention Group, LLC, and Avi Philipson (collectively the "Graph Defendants"), having filed oppositions to the relief requested in the Motion (collectively the "Objections"); and

WHEREAS, on March 20, 2025, the Court issued an Order approving the appointment of 378SYWOOD, LLC, as Temporary Receiver (the "Receiver") for the Facility; and

WHEREAS, the Court having held a hearing on the Motion on March 27, 2025; and

WHEREAS, on April 3, 2025, the Receiver entered into an agreement with the Debtor, and the New York State Department of Health, wherein the Receiver agreed that the IHM will remain in place up until the sale of the Facility is finalized and the Receiver now having taken control of the operation of the Facility; and

WHEREAS, upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing, and for the reasons explained on the record by the Court, therefore,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted as provided herein.

2. The Adversary Proceeding is remanded for all purposes to New York State Supreme Court, Nassau County under section 1452(b) of the Bankruptcy Code.

3. The automatic stay imposed in this case by section 362(a) of the Bankruptcy Code is vacated under section 362(d) of the Bankruptcy Code as to all non-debtor parties to the Special

Proceeding, but the automatic stay shall remain in effect as to the Debtor in connection with remanded proceeding.

4. For the purposes of clarity, nothing in this Order or Bankruptcy Case is a bar to any valid exercise of the police powers by the state of New York that might be necessary to protect the health and welfare of individuals at the Facility, including, but not limited to, the continued use of the IHM as set forth above.

Dated: May 14, 2025
      White Plains, New York

*/s/ Sean H. Lane*
HONORABLE SEAN H. LANE
UNITED STATES BANKRUPTCY JUDGE