# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
**300 Quarropas Street**
**Room 147**
**White Plains, NY 10601**

May 30, 2025

Supreme Court, Nassau County
100 Supreme Court Drive
Attn: Valerie Cardino-Driscoll
Mineola, New York 11501

**IN RE:**

    **CASE NAME:  People of the State of New York, by Letitia James, Attorney General of the State of New York v. Cold Spring Acquisition, LLC, et. al.**
    **CASE NUMBER: 25-7001 (SHL)**
    **INDEX NO.:  617709/2022**

Dear: Ms. Washington

    An order was signed on **5/14/2025**, by **Judge Sean H. Lane** of the U.S. Bankruptcy Court Southern District of New York, remanding action back to the Supreme Court of the State of New York, Nassau County.

    In response to the order, we are providing you the following:

| | |
|---|---|
| **X** | **CERTIFIED COPY OF THE ORDER** |
| **X** | **CERTIFIED COPY OF THE CASE DOCKET** |

    Enclosed, please find a copy of this letter along with these documents.  If you need further information regarding this matter, please contact Brent Leonardo Bush, Jr.

Sincerely,

                                                           VITO GENNA, CLERK

                                                           ./s/ Brent Leonardo Bush, Jr.
                                                           Deputy Clerk